# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

IN RE:

| | | |
|---|---|---|
| KIMBERLEY MH BOLDEN | ) | Case No.: 16-30459 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Plan filed on 9/26/2016 |
| | ) | Confirmation Hearing: 12/7/2016 |
| Debtor(s) | ) | Judge Jack B. Schmetterer |

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN FILED ON 9/26/2016

NOW COMES WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2016-1, and/or its assigns (hereinafter "Movant"), by and through its attorneys, Marinosci Law Group, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's Modified Plan filed on 9/6/2016 and in support thereof states as follows:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 9/26/2016 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Movant intends to file a claim secured by an interest in the real property commonly known as 1929 N HOWE ST, 1ST EAST, CHICAGO, IL 60614, and that the Chapter 13 Modified Plan herein proposes that Debtor cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments.

3. That although Movant intends to file a proof of claim indicating an estimated pre-petition arrearage in the amount of $98,568.50, the proposed plan provides for payment of only $65,461.00 in contradiction of Movant's right under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5).

4. That sufficient grounds exist for denial of confirmation of Debtor's Modified Plan:

  a. Fails to cure Movant's pre-petition arrearage claim amount in full;

  b. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding, including:

    $400.00 for Objection to confirmation of the Chapter 13 Plan including plan review and attending confirmation, if not separately billed

**WHEREFORE**, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2016-1 prays this Court deny confirmation of the Modified Plan and for such other and further relief as this Court may deem just and proper.

  Dated this 11/17/2016

                Respectfully Submitted,
                Marinosci Law Group, P.C.

                By: */s/ Roderic Fleming*_____

MARINOSCI LAW GROUP, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602-4103
Tel: 312-940-8580

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION**

**IN RE:**

| | |
|---|---|
| KIMBERLEY MH BOLDEN | ) Case No.: 16-30459 |
| | ) |
| | ) Chapter: 13 |
| | ) Plan filed on 9/26/2016 |
| | ) Confirmation Hearing: 12/7/2016 |
| Debtor(s) | ) Judge Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, a copy of the foregoing Objection to Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David M Siegel
o/b/o Debtor(s) Kimberly MH Bolden
davidsiegellaw@hotmail.com

Tom Vaughn
Trustee
ecf@tvch13.net, ecfchi@gmail.com

Patrick S. Layng
U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

I further certify that on November 17, 2016, a copy of the foregoing Objection to Plan was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Kimberley MH Bolden
1929 N. Howe Street, Unit #1E
Chicago, IL 60614

                                                                              */s/ Roderic Fleming*
                                                                              Attorney

Marinosci Law Group
134 N LaSalle, Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
rfleming@mlg-defaultlaw.com