UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-30459
)
KIMBERLEY BOLDEN ) Chapter: 13
)
) Honorable Jack B. Schmetterer
)
Debtor(s) )

## ORDER CONFIRMING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 46, having been found by the court to comply with the provisions of 11 U.S.C. §1325, is hereby confirmed.

All property of the estate, as specified by 11 U.S.C. §541 and §1306, shall continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

Enter:

United States Bankruptcy Judge

Dated: JUN 2 1 2017

**Prepared by:**
Dustin B. Allen
ARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko