UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-30459 |
| | ) | |
| KIMBERLEY BOLDEN | ) | Chapter: 13 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 4-2 (INTERNAL REVENUE SERVICE)

THIS MATTER coming to be heard upon the Debtors' Objection to Claim, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. The Internal Revenue Service's claim shall be reduced to $32,495.10 total claimed, with $24,104.30 entitled to priority, for the years 2010, 2011, 2013.

2. The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.

Enter:

Dated: JUL 2 6 2017

United States Bankruptcy Judge

**Prepared by:**
Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Rev: 20151029_bko