UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-30459
)
KIMBERLEY BOLDEN ) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

## ORDER ALTERING ORDER DATED JULY 26, 2017 (Docket #52)

THIS MATTER coming to be heard upon the Debtor's Motion, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. The Order dated July 26, 2017, docket #52, is altered to correct that the Court is sustaining the objection to Claim 1-3.

2. The prevailing party will forthwith serve a copy of the Order dated July 26, 2017, docket #52, and a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: August 16, 2017

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090