UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-30459 |
| | ) | |
| KIMBERLEY MH BOLDEN | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause, coming on to be heard pursuant to the Motion of Howe Court Condominium Association to modify the automatic stay, or in the alternative, to dismiss the Debtor's Chapter 13 Bankruptcy, Howe Court Condominium Association appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court, being duly advised in the premises:

NOW ORDERS:

1. The Motion of Howe Court Condominium Association to Modify the Automatic Stay is hereby granted.

2. Howe Court Condominium Association is hereby permitted to proceed with its forcible entry and detainer action in respect to the property commonly known as 1929 North Howe Street, Unit 1E, Chicago, Illinois to file its lien on the property and to collect assessments against the Debtor pre and post-petition.

3. Rule 4001 (a) (3) is not applicable, and the effect of this order is not stayed.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 15, 2017

**Prepared by:**

Ronald J. Kapustka, Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095 / KSN FILE (CHOW001-61002)