UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 16-30459 |
|---|---|---|
| KIMBERLEY BOLDEN | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor's Chapter 13 plan default is deferred to the end of the plan.

2) The Debtor's Chapter 13 plan payment is decreased to $550.00.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: February 14, 2018

**Prepared by:**

Dustin B. Allen
IARDC #6312451
DAVID M. SIEGEL & ASSOC., LLC
790 Chaddick Drive
Wheeling, IL  60090