UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-30459 |
|---|---|---|
| KIMBERLEY BOLDEN | ) | Chapter: 13 |
| | ) | Honorable Jack B. Schmetterer |
| Debtor(s) | ) | |

## ORDER DIRECTING TRUSTEE TO TURN OVER OVERPAYENT TO DEBTOR

THIS MATTER coming to be heard upon the Debtor's motion, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. The Trustee shall refund $1,900.00 to the Debtor.

Enter:

United States Bankruptcy Judge

Dated: APR 1 1 2018

**Prepared by:**
Dustin B. Allen
ARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko