B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br>Kimberley MH Bolden<br>Debtor. | Case No.: 16-30459<br>Judge: Jack B. Schmetterer<br>Chapter: 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>MTGLQ Investors, LP</u> | <u>Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2016-1</u> |
| **Name of Transferee** | **Name of Transferor** |
| Name and Address where notices to transferee should be sent:<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708<br>Phone: 888-699-5600<br>Last Four Digits of Acct #: 6882 | Court Claim # (if known): 6<br>Amount of Claim: $155,667.72<br>Date Claim filed: 02/07/2017 |
| Name and Address where transferee payments should be sent (if different from above):<br>Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708<br>Phone: 888-699-5600<br>Last Four Digits of Acct #: 6882 | Last Four Digits of Acct. #: 3296 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| /s/ Samantha San Jose<br>Randall S. Miller & Associates, LLC<br>120 N. LaSalle St. #1140<br>Chicago, IL 60602<br>(312) 239-3432<br>ssanjose@rsmalaw.com | Dated: August 22, 2019 |

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (Chicago)**

In re:

| | |
|---|---|
| Kimberley MH Bolden, | Case No: 16-30459 |
| Debtor. | Chapter: 13 |
| | Judge: Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

The undersigned states that on August 22, 2019, copies of the **Transfer of Claim** were served upon the following parties:

| | |
|---|---|
| Debtor | Chapter 13 Trustee |
| Kimberley MH Bolden | Tom Vaughn |
| 1929 N. Howe Street | 55 E. Monroe Street, |
| Unit #1E | Suite 3850 |
| Chicago, IL 60614 | Chicago, IL 60603 |
| | |
| Debtor's Attorney | U.S. Trustee |
| Christine H Clar | Patrick S Layng |
| David M Siegel & Associates | Region 11 |
| 790 Chaddick Drive | 219 S Dearborn St |
| Wheeling, IL 60090 | Room 873 |
| | Chicago, IL 60604 |

via first class mail, with proper postage affixed thereto to the Debtor(s) and via the Court's CM-ECF electronic filing system to the Debtor's Attorney, the Chapter 13 Trustee, and the U.S. Trustee.

The above is true to the best of my information, knowledge and belief.

/s/ Cassandra McLone
Randall S. Miller & Associates, P.C.
43252 Woodward Ave, Suite 180
Bloomfield Hills, MI 48302
P: (248) 636-1208
cmclone@rsmalaw.com