NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kimberley MH Bolden
1929 N. Howe Street
Unit #1E
Chicago, IL 60614
SSN: xxx–xx–8339 EIN: N.A.

Case No. : 16–30459

Chapter : 13
Judge : Jack B. Schmetterer

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Wilmington Savings Fund Society, FSB, d/b/a Christ

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Rushmore Loan Management Services of your claim in the above matter, designated Claim No. 6 .  If no objections are filed by you on or before September 12, 2019 the Court shall substitute Rushmore Loan Management Services in your place and stead as a claimant.  If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: August 23, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court