# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION CHICAGO

| | |
|---|---|
| In Re: | Case No. 16-30459 |
| Kimberley MH Bolden | Chapter 13 |
| Debtor(s). | Hon. Judge Jack B. Schmetterer |

**WITHDRAWAL OF MOTION OF US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CABANA SERIES IV TRUST TO COMPEL THE CHAPTER 13 TRUSTEE TO COMMENCE DISTRIBUTION OF PAYMENTS TO CREDITOR ON AMENDED PROOF OF CLAIM NO. 6 (DOC. 100)**

US Bank Trust National Association as Trustee of the Cabana Series IV Trust ("Creditor"), by and through their undersigned counsel, hereby withdraws their Motion to Compel the Chapter 13 Trustee to Commence Distribution of Payments to Creditor on Amended Proof of Claim No. 6 ("Motion") filed by the Creditor on July 28, 2020 (Doc. 100). Debtor Counsel and Creditor Counsel are working to resolve the matter.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: Jon.Lieberman@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Withdrawal upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 22, 2020, before the hour of 5:00 p.m.

Tom Vaughn, Trustee, ecf@tvch13.net

Christine H Clar, Counsel for Debtor, author@proofofpayments.com

David M Siegel, Counsel for Debtor, davidsiegelbk@gmail.com

Kimberley MH Bolden, Debtor
1929 N. Howe Street, Unit #1E
Chicago, IL 60614

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Creditor