UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: KIMBERLEY M BOLDEN ) Case No. 16 B 30459
)
Debtor ) Chapter 13
)
) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

KIMBERLEY M BOLDEN                    DAVID M SIEGEL
                                      via Clerk's ECF noticing procedures

1929 N HOWE ST #1E
CHICAGO, IL 60614

Please take notice that on March 03, 2021 at 10:00 am., I will appear before the Honorable Judge JACK B SCHMETTERER or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using AT&T Teleconference.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must call this toll-free number: 1-877-336-1839. Then enter access code 3900709 followed by the pound (#) sign.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on February 04, 2021.

/s/ M.O. Marshall

## TRUSTEE'S MOTION TO DISMISS FOR TERM OF PLAN

Now comes M.O. Marshall, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On September 26, 2016 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on June 21, 2017, for a period of 60 months.

3. The plan will complete in 143 months, from the date of confirmation.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1322 (d) and § 1307 (c) (6).

Respectfully submitted,

M.O. MARSHALL
CHAPTER 13 TRUSTEE                    /s/ M.O. Marshall
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900