| | | |
|---|---|---|
| RE: KIMBERLEY M BOLDEN | ) | Case No. 16 B 30459 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: Donald R Cassling |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

KIMBERLEY M BOLDEN  
1929 N HOWE ST #1E  
CHICAGO, IL 60614

DAVID M SIEGEL  
via Clerk's ECF noticing procedures

Please take notice that on November 04, 2021 at 9:15 am., I will appear before the Honorable Judge Donald R Cassling or any judge sitting in the judge's place and present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on October 12, 2021.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper  
Chapter 13 Trustee  
55 E. Monroe St., Suite 3850  
Chicago, IL 60603  
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  KIMBERLEY M BOLDEN            )     Case No. 16 B 30459
                                   )
                                   )     Chapter 13
     Debtor(s)                     )
                                   )     Judge:  Donald R Cassling


## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On September 26, 2016 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 21, 2017 for a term of 60 months with payments of $550.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 61 | $49,800.00 | $46,300.00 | $1,859.55 |

A summary of the 3 most recent receipt items is set forth below:

Report Date: 10/12/2021
Due Each Month: $550.00
Next Payment Due: 10/26/2021

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 01/05/2021 | 3129286770 | $500.00 |
| 01/26/2021 | 3129960220 | $700.00 |
| 08/02/2021 | 587009464 | $900.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900